UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC T. MILES-BAKER,

                    Plaintiff,

      -against-

NATWEST GROUP PLC,

                    Defendant.

22-CV-9250 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 9, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 16, 2023
          New York, New York

                                           /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge